267 U. S.   Cases Disposed of Without Consideration by the Court.

Court of Appeals of the State of Georgia denied. *Mr. M. B. Eubank* for petitioner. No appearance for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM JANUARY 13, 1925, TO AND INCLUDING APRIL 13, 1925.

No. 173. WALTER CARR *v.* A. ALEXSEN, MASTER, ET AL. Appeal from the District Court of the United States for the Eastern District of Virginia. January 14, 1925. Dismissed with costs, on motion of *Mr. J. C. Matthews*. *Mr. Harry K. Wolcott* and *Mr. Daniel Coleman* also appeared for the appellant. No appearance for appellee.

No. 131. ST. JOHNS ELECTRIC COMPANY *v.* CITY OF ST. AUGUSTINE, ETC., ET AL. Appeal from the District Court of the United States for the Southern District of Florida. January 19, 1925. Dismissed, per stipulation. *Mr. George C. Bedell* for appellant. No appearance for appellee.

No. 167. ST. JOHNS ELECTRIC COMPANY *v.* CITY OF ST. AUGUSTINE ET AL. Appeal from the District Court of the United States for the Southern District of Florida. January 19, 1925. Dismissed, per stipulation. *Mr. George C. Bedell* for appellant. *Mr. P. H. Odom* for appellee.

No. 211. R. V. MULLEN *v.* J. P. HURLEY ET AL. Appeal from the Circuit Court of Appeals for the Eighth Circuit. January 20, 1925. Dismissed with costs, pursuant to the 16th Rule, on motion of *Mr. H. L. Johnson* for appellees. *Mr. W. A. Chase* for appellant.

No. 340. UNITED STATES EX REL. HYMAN PATTON, ETC. *v.* TOD, AS COMMISSIONER OF IMMIGRATION. January 26,

1925. Dismissed, per stipulation, on motion of *Solicitor General Beck* for respondent. *Mr. A. S. Gilbert* for petitioner.

---

No. 253. Seaboard Air Line Railway Company *v.* O. T. Belshe. Error to the Supreme Court of the State of North Carolina. January 26, 1925. Dismissed with costs, on motion of *Mr. Murray Allen* for the plaintiff in error. *Mr. Clyde A. Douglass, Mr. William C. Douglass* and *Mr. Robert N. Simms* for defendant in error.

---

No. 263. Burnard Whitten *v.* State of Florida. Error to the Supreme Court of the State of Florida. January 28, 1925. Dismissed with costs, on motion of *Mr. W. D. Bell* for the plaintiff in error. No appearance for defendant in error.

---

No. 244. United States *v.* DeWitt T. Law. Error to the District Court of the United States for the District of Montana. February 2, 1925. Dismissed, on motion of *Solicitor General Beck* for the United States. *Mr. DeWitt T. Law,* pro se.

---

No. 330. United States *v.* Herbert H. McGovern. Error to the District Court of the United States for the District of Montana. March 2, 1925. Dismissed, on motion of *Solicitor General Beck* for the United States. No appearance for defendant in error.

---

No. 245. A. R. McCullough et al., Copartners, etc., *v.* Olaf Anton Janson. Error to the Circuit Court of Appeals for the Ninth Circuit. March 2, 1925. Dis-